United States District Court
Southern District of Texas
**ENTERED**
December 23, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYLL ARTHUR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-3885 |
| | § | |
| TEXAS FARMERS INSURANCE CO., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## SCHEDULING AND
## DOCKET CONTROL ORDER C

The disposition of this case will be controlled by the following schedule:

1. March 10, 2020 — **REINSPECTIONS AND EXPERT DESIGNATIONS**
The parties will complete specifically requested reinspections, and will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

2. April 14, 2020 — **COMPLETION OF PLAINTIFFS' AND DESIGNATED EXPERTS' DEPOSITIONS**
The plaintiffs' depositions are limited to two hours of cross-examination each.

3. May 12, 2020 — **MEDIATION**
Mediation or other form of dispute resolution must be completed by this deadline.

4. May 26, 2020 — **JOINT PRETRIAL ORDER, DISPOSITIVE MOTION, AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. Any dispositive motions must be filed by this deadline and will be carried with the case.

5.  June 2, 2020        **DOCKET CALL**
                        Docket Call will be held at 8:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk Street, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

6.  Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on December 20, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge